United States Court of Appeals
Fifth Circuit

**F I L E D**

August 10, 2006

Charles R. Fulbruge III
Clerk

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

———————————————

No. 05-51654

———————————————

MARIA GUADALUPE CORONADO,

Plaintiff-Appellant,

versus

SBC COMMUNICATIONS, INC; SBC DISABILITY INCOME PLAN,

Defendants-Appellees.

———————————————————————————

Appeal from the United States District Court
for the Western District of Texas
5:04-CV-426

———————————————————————————

Before SMITH, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

The court has carefully reviewed the parties' briefs and pertinent parts of the record. Having

done so, we conclude that the district court committed no reversible error of law or fact. Therefore,

we AFFIRM for essentially the reasons stated by the district court.

**AFFIRMED.**

———————————————

[*]Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and
is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.